**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 07 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| APRIL REDDING, legal guardian of minor child,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>SAFFORD UNIFIED SCHOOL DISTRICT #1; et al.,<br><br>        Defendants - Appellees. | No. 05-15759<br><br>D.C. No. CV-04-00265-NFF<br>District of Arizona,<br>Tucson<br><br>ORDER |

Before: KOZINSKI, Chief Judge, PREGERSON, HAWKINS, SILVERMAN, WARDLAW, FISHER, GOULD, PAEZ, BEA, M. SMITH and N.R. SMITH, Circuit Judges.

We remand to the district court to comply with the United States Supreme Court's decision in *Safford Unified School Dist. No. 1 v. Redding*, 129 S. Ct. 2633, 2644 (2009), by resolving the Plaintiff-Appellant's claim against Safford Unified School District #1 under *Monell v. New York City Dep't of Social Servs.*, 436 U.S. 658, 694 (1978).

It is so **ORDERED**.