Bruce G. Macdonald (010355)
McNAMARA, GOLDSMITH, JACKSON & MACDONALD
1670 E. River Road, Ste. 200
Tucson, AZ 85718
Tel: 520/ 624-0126
Fax: 520/624-9238
Email: bgm@mgm-legal.com
*Attorney for Plaintiff*

Matthew W. Wright  (014104)
David K. Paoule (021965)
HOLM, WRIGHT, HYDE & HAYS PLC
10429 S. 51st Street, Suite 285
Phoenix, AZ 85044
Tel: 480/ 961-0040
Fax: 480/961-0818
mwright@holmwright.com
dpauole@holmwright.com
*Attorneys for Defendents*

**Additional counsel listed on signature page**

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| SAVANA REDDING, a minor, by her mother and legal guardian, APRIL REDDING,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAFFORD UNIFIED SCHOOL DISTRICT #1; KERRY WILSON and JANE DOE WILSON, husband and wife; HELEN ROMERO and JOHN DOE ROMERO, wife and husband; PEGGY SCHWALLIER and JOHN DOE SCHWALLIER, wife and husband;<br><br>　　　　　　　Defendants. | No.   CIV. 04-265-TUC-NFF<br><br>**JOINT REPORT**<br><br>**(Assigned to The Honorable Hector C. Estrada)** |

1

The parties hereby submit this Joint Report, which, pursuant to this Court's Order dated September 3, 2009, includes the following:

1. Counsel have met and conferred regarding the matters discussed in this Joint Report.

2. Plaintiff Savana Redding was strip searched by Defendants Peggy Schwallier and Helen Romero, upon the orders of Defendant Kerry Wilson.  In June 2009, the U.S. Supreme Court ruled 8-1 that the strip search was unconstitutional and 7-2 that the individual defendants enjoyed qualified immunity for damages stemming from their constitutional violation.  The Supreme Court subsequently remanded the case to this Court to adjudicate Savana's *Monell* claim (*i.e.*, should the Defendant School District be responsible for its employees' actions).  Savana maintains that she will prove the elements of both claims and that the damages from this strip search are substantial, while Defendants maintain that Savana could not prove her claims and contend that the damages from the strip search are inconsequential.

3. At this point—prior to discovery—the parties dispute numerous issues that cannot be narrowed by stipulation.  Following discovery, they likely will move for summary judgment or summary adjudication.

4. Following discovery, the parties likely will file dispositive or partially dispositive motions regarding whether the search was conducted pursuant to policy, custom, practice, or the act of an employee with final policymaking authority on this issue.

5. The parties will attempt to settle this matter through mediation with mediator Chris Skelly.  That mediation will take place on December 1, 2009, two days prior to the status hearing before this Court.  If the parties settle the case as a result of the mediation, the parties will notify this Court expeditiously.

6. There is one related, pending case. When this Court, per Magistrate Judge Fiora's order, rejected Plaintiffs' Fourth Amendment claim, it declined to exercise jurisdiction over the then-pled negligence claim. While the appeal in this action was pending, in order to preserve her state-law claims, Savana filed a complaint in Superior Court (Graham County) against the defendants named in the complaint at bar.

7. The parties anticipate conducting discovery in this case. To date, neither party has conducted any discovery, as the only evidence upon which the parties relied in support of and in opposition to defendants' previously filed summary-judgment motion were the parties' affidavits. The parties propose the following discovery deadlines:

- All written discovery requests must be served by February 25, 2010.
- Disclosure of all lay witnesses by April 1, 2010.
- Expert disclosures required by Fed. R. Civ. P. 26(a)(2)(A) and (B) must be served by Plaintiffs no later than May 3, 2010. Expert disclosures required by Fed. R. Civ. P. 26(a)(2)(A) and (B) must be served by Defendants no later than May 19, 2010. Plaintiffs must serve rebuttal expert disclosures, if any, no later than June 4, 2010.
- Witnesses, including expert witnesses, may be deposed no later than the discovery completion date of July 23, 2010.

8. If the Court imposes the discovery deadlines that the parties request above, the parties suggest the following subsequent deadlines:

- Dispositive motions: August 12, 2010
- Joint letter regarding status of settlement discussions: August 19, 2010
- Pretrial disclosure of witnesses and expert testimony pursuant to FRCP 26(a)(2),(3): *See* Number 7, *supra*.
- Lodging of proposed joint pretrial order: November 15, 2010

9. The parties estimate that a trial would last 7 days. They request that a trial would start on or about December 6, 2010.

10. A jury trial has not been requested.

11. Prospects for settlement: The parties are participating in a mediation on December 1, 2009. *See* Number 5, *supra*.

| | | |
|---|---|---|
| 1 | Dated: November 24, 2009 | s/Bruce G. Macdonald_____ |
| 2 | | Bruce G. Macdonald |
| | | McNamara, Goldsmith, Jackson & Macdonald |
| 3 | | 1670 E. River Road, Suite 200 |
| | | Tucson, AZ 85718 |
| 4 | | Tel: 520/624-0126 |
| | | bgm@mgm-legal.com |

Andrew J. Petersen
Humphery & Petersen, P.C.
3861 E. Third Street
Tucson, AZ 85716
Tel: 520/795-1900
andrew.petersen@azbar.org

Adam B. Wolf
American Civil Liberties Union Foundation
1101 Pacific Avenue, Ste. 333
Santa Cruz, CA  95060
Tel:  831/471-9000
awolf@aclu.org

s/Matthew W. Wright_____
Matthew W. Wright
David K. Paoule
Holm, Wright, Hyde & Hays PLC
10429 S. 51st Street, Suite 285
Phoenix, AZ 85044
Tel: 480/ 961-0040
mwright@holmwright.com
dpauole@holmwright.com

*On Behalf Of All Parties*

**CERTIFICATE OF SERVICE**

I, Adam B. Wolf, hereby certify that on November 24, 2009, I electronically transmitted the attched document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew W. Wright
David K. Paoule
Holm, Wright, Hyde & Hays PLC
10429 S. 51st Street, Suite 285
Phoenix, AZ 85044
Tel: 480/ 961-0040
mwright@holmwright.com
dpauole@holmwright.com

Date:  November 24, 2009                    s/Adam B. Wolf_____
                                            Adam B. Wolf