**McNAMARA, GOLDSMITH, & MACDONALD**
A Professional Corporation
1670 E. River Road, Suite 200
Tucson, Arizona 85718
(520) 624-0126
(520) 624-9238 – FAX
bgm@mgm-legal.com

Bruce G. Macdonald
State Bar No. 010355
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SAVANA REDDING, a minor, by her mother and legal guardian, APRIL REDDING, ) ) ) | NO.  CIV 04-265-TUC-HCE |
| Plaintiffs, ) v. ) ) | NOTICE OF SETTLEMENT |
| SAFFORD UNIFIED SCHOOL DISTRICT #1; KERRY WILSON and JANE DOE WILSON, husband and wife; HELEN ROMERO and JOHN DOE ROMERO, wife and husband; PEGGY SCHWALLIER and JOHN DOE SCHWALLIER, wife and husband; ) ) ) ) ) ) ) | (Assigned to Judge Hector C. Estrada) |
| Defendants. ) | |

COMES NOW the Plaintiff, by and through counsel undersigned, and hereby serves notice that the above case has been settled. A Stipulation and Order of Dismissal will be filed under separate cover with the Court shortly.

DATED this 15th day of December, 2009.

**McNAMARA, GOLDSMITH & MACDONALD, P.C.**

By: / Bruce G. Macdonald
    Bruce G. Macdonald
    Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2009, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing, and ECF will send a Notice of Electronic Filing to the following:

Matthew W. Wright, Esq.
David K. Pauole, Esq.
HOLM, WRIGHT, HYDE & HAYS, P.L.C.
10429 S. 51st Street, Suite 285
Phoenix, Arizona  85044-5228
Attorneys for Defendants

Adam Wolf, Esq.
ACLU Foundation
1101 Pacific Ave., Suite 333
Santa Cruz, CA  95060

   s/ Karen Straub