IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| April Redding, legal guardian of minor child,<br><br>      Plaintiff,<br><br>vs.<br><br>Safford Unified School District #1; Kerry Wilson and Jane Doe Wilson, husband and wife; Helen Romero and John Doe Romero, wife and husband; Peggy Schwallier and John Doe Schwallier, wife and husband,<br><br>      Defendants. | No. CV 04-265 TUC-HCE<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation to Dismiss with Prejudice (Doc. No. 45), and good cause appearing,

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, with the parties to bear their own attorneys' fees and costs. The Clerk of Court is DIRECTED to close its file in this matter.

Dated this 14th day of January, 2010.

_____
Héctor C. Estrada
United States Magistrate Judge